UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**(HONORABLE EDWARD J. GARCIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 10CR0431 |
|         Plaintiff, ) | |
| v. ) | |
| JESUS MENDOZA, ) | **ORDER TO CONTINUE STATUS CONFERENCE DATE** |
|         Defendant. ) | |

IT IS HEREBY ORDERED, based upon the foregoing joint stipulation and good cause shown, that the Status Conference date of defendant JESUS MENDOZA in the above-entitled case be and is hereby continued from Friday, January 28, 2011 at 10:00 a.m. to Friday, February 25, 2011 at 10:00 a.m.

**SO ORDERED.**

Dated:   January 28, 2011                               /s/ Edward J. Garcia
                                                        HONORABLE EDWARD J. GARCIA
                                                        United States District Court Judge