1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JESUS MENDOZA
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,      ) No. CRS 10-431 EJG
                                  )
13              Plaintiff,        )
                                  ) STIPULATION AND ORDER VACATING
14     v.                         ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
15 JESUS MENDOZA,                 )
                Defendants.       )
16                                ) Date:  APRIL 8, 2011
   _____) Time:  10:00 a.m.
17                                ) Judge: Hon. Garcia

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney MICHAEL ANDERSON, Counsel for Plaintiff, and Attorneys Dina L.

21 Santos and Guadalupe Valencia, Counsel for Defendant JESUS MENDOZA,

22 that the status conference scheduled for February 25, 2011, be vacated

23 and the matter be continued to this Court's criminal calendar on April

24 8, 2011, at 10:00 a.m., for further status.

25     This continuance is requested by the defense in order to permit

26 further diligent examination of possible defenses, further client

27 consultation concerning available courses of action, and review of

28 discovery.  All Counsel are in active negotiations in an effort to

1 attempt to reach a resolution in this matter.

4 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

10 The Court is advised that all counsel have conferred about this request, that they have agreed to the April 8, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Feb. 22, 2011        /s/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            JESUS MENDOZA

Dated: Feb. 22, 2011        /s/ Guadalupe Valencia
                            GUADALUPE VALENCIA
                            Attorney for Defendant
                            JESUS MENDOZA

Dated: Feb. 22, 2011        /s/ Michael Anderson
                            MICHAEL ANDERSON
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: Feb. 23, 2011           /s/ Edward J. Garcia
                               Hon. Edward J. Garcia
                               United States District Judge

Stipulation and Order                    3