```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    JESUS MENDOZA
 6

 7
```

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | | |
|---|---|---|
| 12 | UNITED STATES OF AMERICA, ) | No. CRS 10-431 EJG |
| 13 | Plaintiff, ) ) | |
| 14 | v. ) ) | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| 15 | JESUS MENDOZA, ) | |
| 16 | Defendants. ) _____ ) ) | Date: May 6, 2011 Time: 10:00 a.m. |
| 17 | | Judge: Hon. Garcia |

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney MICHAEL ANDERSON, Counsel for Plaintiff, and Attorneys Dina L.

21  Santos and Guadalupe Valencia, Counsel for Defendant JESUS MENDOZA,

22  that the status conference scheduled for April 8, 2011, be vacated and

23  the matter be continued to this Court's criminal calendar on May 6,

24  2011, at 10:00 a.m., for further status.

25       This continuance is requested by the defense in order to continue

26  examination of possible defenses, further client consultation

27  concerning available courses of action, and review of discovery.  All

28  Counsel have been in negotiations to reach an acceptable plea agreement

but need more time to continue in those negotiations.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the May 6, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: April 5, 2011          /s/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              JESUS MENDOZA

Dated: April 5, 2011          /s/ Guadalupe Valencia
                              GUADALUPE VALENCIA
                              Attorney for Defendant
                              JESUS MENDOZA

Dated: April 5, 2011          /s/ Michael Anderson
                              MICHAEL ANDERSON
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: April 6, 2011        /s/ Edward J. Garcia
                            Hon. Edward J. Garcia
                            United States District Judge