1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   JESUS MENDOZA
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,     ) No. CRS 10-431 EJG
                                 )
13            Plaintiff,         )
                                 ) STIPULATION AND ORDER VACATING
14    v.                         ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
15 JESUS MENDOZA,                )
              Defendants.        )
16                               ) Date:  June 10, 2011
   _____) Time:  10:00 a.m.
17                               ) Judge: Hon. Garcia

18

19     **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney MICHAEL ANDERSON, Counsel for Plaintiff, and Attorneys Dina L.

21 Santos and Guadalupe Valencia, Counsel for Defendant JESUS MENDOZA,

22 that the status conference scheduled for May 6, 2011, be vacated and

23 the matter be continued to this Court's criminal calendar on June 10,

24 2011, at 10:00 a.m., for further status and possible change of plea.

25     This continuance is requested by the defense in order to continue

26 further client consultation concerning available courses of action, and

27 to continue in negotiations to reach an acceptable plea agreement.  Mr.

28 Mendoza is currently housed in Butte County, which makes meetings with

1  him substantially more difficult.

4  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7  ends of justice served in granting the continuance and allowing the
8  defendant further time to prepare outweigh the best interests of the
9  public and the defendant in a speedy trial.
10  The Court is advised that all counsel have conferred about this
11  request, that they have agreed to the June 10, 2011 date, and that all
12  counsel have authorized Ms. Santos to sign this stipulation on their
13  behalf.
14  **IT IS SO STIPULATED**.

16  Dated: May 4, 2011                    /s/ Dina L. Santos
                                          DINA L. SANTOS
17                                        Attorney for Defendant
                                          JESUS MENDOZA
18
    Dated: May 4, 2011                    /s/ Guadalupe Valencia
19                                        GUADALUPE VALENCIA
                                          Attorney for Defendant
20                                        JESUS MENDOZA
21
    Dated: May 4, 2011                    /s/ Michael Anderson
22                                        MICHAEL ANDERSON
                                          Assistant United States Attorney
23                                        Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: May 5, 2011        /s/ Edward J. Garcia
                          Hon. Edward J. Garcia
                          United States District Judge