FILED

AUG 1 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



**MEMORANDUM AND ORDER**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                            RE:   Jesus MENDOZA
                                   Docket Number:  2:10CR00431-01
                                   **CONTINUANCE OF JUDGMENT**
                                   **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that sentencing in the above-referenced case be continued from August 26, 2011, at 10:00 a.m., to October 7, 2011, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to schedule conflicts between defense counsel and the probation officer, and because the probation officer will be unavailable and out of the office for the first two weeks of August, the defendant will not be interviewed until August 17, 2011. Based on the above, additional time is needed to prepare the presentence report.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                                Respectfully submitted,

                                                RICHARD W. ELKINS
                                              Senior United States Probation Officer

**REVIEWED BY:**

                                     HUGO ORTIZ
                                     **Supervising United States Probation Officer**

Dated:     July 28, 2011
              Sacramento, California
              RWE/tau

RE: **Jesus MENDOZA**
    Docket Number: 2:10CR00431-01
    <u>CONTINUANCE OF JUDGMENT AND SENTENCING</u>

Attachment

cc:   Clerk, United States District Court
      Michael Anderson, Assistant United States Attorney
      Dina Santos, Defense Counsel
      Probation Office Calendar clerk

✓ **Approved**

**EDWARD J. GARCIA**
**Senior United States District Judge**    **Date** 8/1/11

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:10CR00431-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Jesus MENDOZA | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | October 7, 2011 @10:00 a.m. |
| Reply, or Statement of Non-Opposition: | September 30, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 23, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 16, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | September 9, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | August 26, 2011 |