DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
JESUS MENDOZA



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CRS 10-431 EJG |
|  | ) |
| Plaintiff, | ) |
|  | ) APPLICATION AND ORDER VACATING |
| v. | ) DATE, CONTINUING DATE FOR |
|  | ) JUDGEMENT AND SENTENCING |
| JESUS MENDOZA, | ) |
| Defendants. | ) |
|  | ) Date:  Oct. 21, 2011 |
| _____ ) | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney MICHAEL ANDERSON, Counsel for Plaintiff, and Attorneys Dina L. Santos and Guadalupe Valencia, Counsel for Defendant JESUS MENDOZA, that the Judgement and Sentencing scheduled for October 7, 2011, be vacated and the matter be continued to this Court's criminal calendar on October 21, 2011, at 10:00 a.m., for Judgment and Sentencing. Probation has been advised of the new court date and is agreeable to the continuance.

This continuance is requested by the defense due to a pending birth of Co-Counsel's child during the coming days and to provide the

government Court with additional character letters regarding Mr. Mendoza.

The Court is advised that all counsel and Probation have conferred about this request, that they have agreed to the October 21, 2011 date, and that all counsel have authorized Ms. Santos to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: Oct.3, 2011                /s/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  JESUS MENDOZA

Dated: Oct. 3, 2011               /s/ Guadalupe Valencia
                                  GUADALUPE VALENCIA
                                  Attorney for Defendant
                                  JESUS MENDOZA

Dated: Oct. 3, 2011               /s/ Michael Anderson
                                  MICHAEL ANDERSON
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: October 3, 2011            /s/ Edward J. Garcia
                                  Hon. Edward J. Garcia
                                  United States District Judge