UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS MENDOZA,<br><br>        Defendant. | **Case No. 2:10-cr-00431 WBS** |

----oo0oo----

      Defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 is hereby DENIED, because he was convicted of possession of a firearm in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924, and not pursuant to § 2D1.1 of the Sentencing Guidelines.

      IT IS SO ORDERED.

Dated: June 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1