UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>   v.<br><br>JESUS MENDOZA,<br><br>    Defendant. | CR. NO. 2:10-0431 WBS<br><br>ORDER |

----oo0oo----

On August 31, 2017, defendant Jesus Mendoza filed a motion for reduction to a misdemeanor (Docket No. 45.) The United States shall file an opposition to defendant's motion no later than October 5, 2017. Petitioner may then file a reply no later than November 2, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

1

1          IT IS SO ORDERED.

2     Dated:  September 7, 2017

                                    _____
3                                   WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE
4

2