UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>      Plaintiff,<br><br>   v.<br><br>JESUS MENDOZA,<br><br>      Defendant. | CR. NO. 2:10-cr-0431 WBS<br><br>ORDER |

----oo0oo----

On June 10, 2011, defendant Jesus Mendoza pled guilty to possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A), and was sentenced to 84 months' imprisonment. The court previously denied defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582 and Amendment 782 of the Sentencing Guidelines because he was not sentenced pursuant to § 2D1.1 of the

1

Sentencing Guidelines. (Docket No. 44.)

On August 31, 2017, defendant filed a "Petition for Reduction to Misdemeanor" and a "Petition for Resentencing" using California state court form pleadings.[1] On both Petitions, defendant stated that he had been convicted of violating 18 U.S.C. § 924(c)(1)(A) and had been sentenced to six years and one month. On the Petition for Reduction to Misdemeanor, defendant checked a box stating that he had completed his sentence and "requests that the eligible felony convictions listed above be reduced to misdemeanors under Penal Code § 1170.18(f),(g)." On the Petition for Resentencing, defendant checked a box stating that he was currently serving his sentence and requested that his "felony sentence be recalled and that [he] be resentenced to a misdemeanor under Penal Code section 1170.18(b),(d)."

It is unclear what relief defendant seeks and on what basis defendant requests that relief. To the extent defendant seeks a sentence reduction under 18 U.S.C. § 3582, defendant has provided no authority, and the court is unaware of any, that would cause the court to change its prior determination that defendant is ineligible for a sentence reduction under § 3582 because he was not sentenced pursuant to § 2D1.1 of the Sentencing Guidelines. To the extent defendant seeks a reduction of his conviction from a felony to a misdemeanor, any California state law which would provide for such relief has no application to defendant's conviction under federal law. Further, defendant

---

[1] Defendant actually filed two forms titled Petition for Reduction to Misdemeanor along with the Petition for Resentencing and a mostly blank "District Attorney's Response to Petition."

2

has provided no authority or basis under federal law for reduction of his conviction from a felony to a misdemeanor. Accordingly, the court will deny the Petitions.

        IT IS THEREFORE ORDERED that defendant's Petition for Reduction to Misdemeanor and Petition for Resentencing (Docket No. 45) be, and the same hereby are, DENIED.

Dated: January 11, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE